**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Extreme Residential S.E., Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **FKA  Blue Horizon USA, Inc.** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0513412** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **201 River Park North Drive**<br>**Woodstock, GA 30188**<br>Number, Street, City, State & ZIP Code | **P.O. Box 2148**<br>**Woodstock, GA 30188**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Cherokee**<br>County | **Location of principal assets, if different from principal place of business**<br>**various**<br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Extreme Residential S.E., Inc.**                                    Case number (*if known*) _____
    Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____   When _____   Case number _____

District _____   When _____   Case number _____

Debtor   **Extreme Residential S.E., Inc.**                                        Case number (*if known*) _____
　　　　　Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district?***   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

**█  Statistical and administrative information**

**13.  Debtor's estimation of available funds**   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Extreme Residential S.E., Inc.**                                     Case number (*if known*)
          Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor    **Extreme Residential S.E., Inc.**                                      Case number (*if known*) _____
          Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  5, 2024**
               MM / DD / YYYY

**X** **/s/ William R. Hires** _____       **William R. Hires** _____
Signature of authorized representative of debtor          Printed name

Title    **CEO** _____

**18. Signature of attorney**

**X** **/s/ Paul Reece Marr GA Bar #** _____       Date    **December  5, 2024**
Signature of attorney for debtor                                          MM / DD / YYYY

**Paul Reece Marr GA Bar # 471230**
Printed name

**Paul Reece Marr, P.C.**
Firm name

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
Number, Street, City, State & ZIP Code

Contact phone    **(770) 984-2255**        Email address    **paul.marr@marrlegal.com**

**GA Bar # 471230 GA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **Extreme Residential S.E., Inc.**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration     _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December  5, 2024**          X **/s/ William R. Hires**
                                                    Signature of individual signing on behalf of debtor

                                                    **William R. Hires**
                                                    Printed name

                                                    **CEO**
                                                    Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Extreme Residential S.E., Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA,  ATLANTA DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bernard J. Cooney, Esq. Assistant U. S. Attorney 970 Broad Street, 7th Floor Newark, NJ 07102** | | **penalty pursuant to plea agreement with U.S. Dept. of Justice regarding alleged violation of the AIM Act and the Clean Air Act, 42 U.S.C. §§7675, 7413** | | | | **$175,000.00** |
| **Lennox Industries Inc. PO Box 910549 Dallas, TX 75391-0549** | | **supplier debt** | | | | **$81,432.06** |
| **Advance Servicing Inc. Daisy Gonzalez, Director 15 Main Street Holmdel, NJ 07733** | | **accounts, etc.** | | **$150,000.00** | **Unknown** | **Unknown** |
| **Alpha Equity Fund c/o The LLC 555 Park Ave. New York, NY 10065** | **arthur@alphaefund .com** | **accounts, etc.** | | **$379,750.00** | **Unknown** | **Unknown** |
| **Cromwell Capital LLC 398 E Dania Beach Blvd #297 Dania, FL 33004** | **docs@cromwellca pital.com** | **accounts, etc.** | | **$299,800.00** | **Unknown** | **Unknown** |
| **E-Advance Services, LLC 370 Lexington Avenue Suite 801 New York, NY 10017** | **contracts@eadvan ceservices.com** | **accounts, etc.** | | **$109,295.00** | **Unknown** | **Unknown** |

Debtor   **Extreme Residential S.E., Inc.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Fox Funding Group LLC** **803 S 21st Ave.** **Hollywood, FL 33020** | **mendy@foxbusinessfunding.com; ozzy@foxbusinessfunding.com** | **accounts, etc.** | | **$798,391.00** | **Unknown** | **Unknown** |
| **Prosperum Capital Partners LLC dba Arsenal Funding** **15 West 36th St, 11th Floor** **New York, NY 10018** | **contracts@arsenalfunding.com** | **accounts, etc.** | | **$75,000.00** | **Unknown** | **Unknown** |
| **QFS Capital, LLC** **Benjamin Hinke, CFO** **7901 4th St. N Ste 13070** **Saint Petersburg, FL 33702** | **Notices@qfscapital.com; andi@qfscapital.com; robert@qfscapital.c** | **accounts, etc.** | | **$270,000.00** | **Unknown** | **Unknown** |
| **Quid Holdings** **500 West Putnam Avenue** **Suite 400** **Greenwich, CT 06830** | **john@ifundexperts.com; adam@limitlessadvance.com** | **accounts, etc.** | | **$227,500.00** | **Unknown** | **Unknown** |
| **U.S. Small Business Admin.** **2 North Street, Suite 320** **Birmingham, AL 35203** | **COVIDEIDLServicing@sba.gov** | **accounts, etc.** | | **Unknown** | **Unknown** | **Unknown** |

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re    **Extreme Residential S.E., Inc.**                                          Case No.
                                              Debtor(s)              Chapter      **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **December  5, 2024**                    **/s/ William R. Hires**

                                  **William R. Hires**/CEO
                                  Signer/Title

Advance Servicing Inc.
Daisy Gonzalez, Director
15 Main Street
Holmdel, NJ 07733


Ally Bank
4515 N. Sana Fe Ave.
Dept. APS
Oklahoma City, OK 73118


Ally Financial
6716 Grade Lane Bldg. 9
Suite 910
Louisville, KY 40213-3416


Alpha Equity Fund
c/o The LLC
555 Park Ave.
New York, NY 10065


Bernard J. Cooney, Esq.
Assistant U. S. Attorney
970 Broad Street, 7th Floor
Newark, NJ 07102


Cromwell Capital LLC
398 E Dania Beach Blvd #297
Dania, FL 33004


E-Advance Services, LLC
370 Lexington Avenue
Suite 801
New York, NY 10017


First Citizens Bank
Anna Pailthorpe, V.P.
3060 Eagle Drive
Woodstock, GA 30189

Fox Funding Group LLC
803 S 21st Ave.
Hollywood, FL 33020


GM Financial
1820 E Sky Harbor Circle South
Suite 150
Phoenix, AZ 85034


GM Financial
P.O. Box 78143
Phoenix, AZ 85062-8143


Joshua L. Haber, Esq.
U.S. Attorney's Office
970 Broad Street, 7th Floor
Newark, NJ 07102


Lennox Industries Inc.
PO Box 910549
Dallas, TX 75391-0549


Lorin Rentz
202 Indian Ridge Trail
Woodstock, GA 30188


Prosperum Capital Partners LLC
dba Arsenal Funding
15 West 36th St, 11th Floor
New York, NY 10018


QFS Capital, LLC
Banjamin Hinke, CFO
7901 4th St. N Ste 13070
Saint Petersburg, FL 33702

Quid Holdings
500 West Putnam Avenue
Suite 400
Greenwich, CT 06830


Redneck LLC
2128 Bay Springs Road
Adrian, GA 31002


Ronald Sarachan, Esq.
Justice Dept Env Nat ResourDiv
950 Pennsylvania Ave NW
Washington, DC 20044


Teresa Hires
613 North Church St.
Dublin, GA 31021


U.S. SBA Georgia District
Terri L. Denison, Director
233 Peachtree Street NE; #300
Atlanta, GA 30303-1553


U.S. Small Business Admin.
2 North Street, Suite 320
Birmingham, AL 35203


United States Attorney
600 Richard B. Russell Bldg
75 Ted Turner Drive, S.W.
Atlanta, GA 30303-3309


US Veteran Contracting, LLC
203 River Park North Drive
Woodstock, GA 30188


William R. Hires
613 N. Church St.
Dublin, GA 31021

# United States Bankruptcy Court
## Northern District of Georgia,  Atlanta Division

In re   **Extreme Residential S.E., Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Extreme Residential S.E., Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December  5, 2024**

Date

**/s/ Paul Reece Marr GA Bar #**

**Paul Reece Marr GA Bar # 471230**

Signature of Attorney or Litigant

Counsel for   **Extreme Residential S.E., Inc.**

**Paul Reece Marr, P.C.**

**6075 Barfield Road**
**Suite 213**
**Sandy Springs, GA 30328-4402**
**(770) 984-2255 Fax:(678) 623-5109**
**paul.marr@marrlegal.com**