**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

In re: Extreme Residential S.E., Inc.
Debtor(s)

Case No. _____
Chapter 11

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, William R. Hires, declare under penalty of perjury that I am the CEO of Extreme Residential S.E., Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 4th day of December, 2024.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that William R. Hires, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that William R. Hires, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that William R. Hires, CEO of this Corporation is authorized and directed to employ Paul Reece Marr GA Bar # 471230, attorney and the law firm of Paul Reece Marr, P.C. to represent the corporation in such bankruptcy case."

Date 12/4/24

Signed: William R. Hires